UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SANDY GRACIANO, ON BEHALF OF
HIMSELF AND ALL OTHER PERSONS
SIMILARLY SITUATED,

              Plaintiffs,

                   v.

JIGGY PUZZLES LLC,

              Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:21-cv-6812

**NOTICE OF APPEARANCE**

Notice is hereby given of the appearance of the undersigned as counsel for Sandy Graciano, On Behalf of Himself and All Other Persons Similarly Situated in the above-entitled action. All further notice and copies of pleadings, papers, and other material relevant to this action should be directed to and served upon:

        Jeffrey M. Gottlieb, Esq., (JG-7905)
        Gottlieb & Associates
        150 East 18th Street, Suite PHR
        New York, NY 10003
        Phone: (212) 228-9795
        Fax: (212) 982-6284
        Jeffrey@Gottlieb.legal

Dated: New York, New York
       August 12, 2021

                                        Respectfully submitted,

                                        **GOTTLIEB & ASSOCIATES**

                                        By: */s/Jeffrey M. Gottlieb, Esq.*
                                             Jeffrey M. Gottlieb, Esq.