UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------X
                                                          :
SANDY GRACIANO,                                           :
                                                          :
                            Plaintiff,                    :
                                                          :            21-CV-6812 (JMF)
              -v-                                         :
                                                          :            ORDER
JIGGY PUZZLES LLC,                                        :
                                                          :
                            Defendant.                    :
                                                          :
----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's Order of August 16, 2021, *see* ECF No. 6, the parties filed a joint status letter on September 22, 2021, in which they indicate that they do not agree that this case should be referred to a Magistrate Judge or the Court-annexed Mediation Program at this time and do not believe there is a need for a conference in the near future, *see* ECF No. 11.  The parties **shall promptly** inform the Court if they come to believe that a referral to a Magistrate Judge or the Court-annexed Mediation Program would be beneficial.  In any event, **no later than three business days after Defendant files an answer or otherwise responds to the Complaint**, the parties shall file another joint letter providing the information described in the Court's August 16, 2021 Order.

      Further, the parties' joint letter indicates that Defendant intends to file a motion to dismiss the Complaint.  *See* ECF No. 6, ¶ 3.  Defendant should be aware of this Court's recent oral decision in *Romero v. Adagio Teas, Inc.*, No. 20-CV-7422, ECF No. 39, at 3-6, and this Court's Memorandum Opinion and Order applying that decision in *Jaquez v. Dorm Company Corp.*, No. 21-CV-2431, ECF No. 21.  To the extent appropriate, Defendant should address those decisions, both of which involved website-related ADA claims, in any motion to dismiss.

      SO ORDERED.

Dated: September 24, 2021
      New York, New York
                                  _____
                                    JESSE M. FURMAN
                                    United States District Judge