UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
SANDY GRACIANO, :
:
:
Plaintiff, :
: 21-CV-6812 (JMF)
-v- :
: ORDER
:
JIGGY PUZZLES LLC, :
:
Defendant. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's September 24, 2021 Order, ECF No. 12, the parties were required to file a joint letter, the contents of which are described therein, no later than three business days after Defendant filed an answer or otherwise responded to the Complaint. Defendant filed an answer on October 15, 2021. ECF No. 13. To date, the parties have not filed the required joint letter. As a courtesy, the parties' deadline is hereby EXTENDED, *nunc pro tunc*, to **October 29, 2021.**

      SO ORDERED.

Dated: October 22, 2021
       New York, New York

                                      JESSE M. FURMAN
                                 United States District Judge